IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MELVIN ANDERSON,

    Plaintiff,

vs.

HARLEY G. LAPPIN; KATHLEEN HAWK-SAWYER; HARRELL WATTS and THE FEDERAL BUREAU OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV204-139

## ORDER

Plaintiff has filed a "Motion for Default Judgment and/or in the Alternative Judgment on the Pleading." (Doc. 36.) Defendants have filed a response. For the reasons set forth in Defendants' response, Plaintiff's Motion for Default Judgment is **DENIED**. Plaintiff's alternative Motion for Judgment on the Pleadings is inappropriate in this instance. That portion of Plaintiff's motion is also **DENIED**.

SO ORDERED, this 20th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)