In the United States District Court
for the Southern District of Georgia
Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 MAY 23 A 10: 31
CLERK

MELVIN ANDERSON, : CIVIL ACTION

    Plaintiff, :

    v. :

HARLEY LAPPIN, et al., :

    Defendant. : NO. CV204-139

## O R D E R

Upon consideration of the Motion of Plaintiff, Melvin Anderson, for recusal of U. S. Magistrate Judge James E. Graham, and Defendants' response thereto, the same is hereby DENIED.

SO ORDERED, this 23 day of May, 2005.

                                    JUDGE, UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

ANDERSON )
_____ )
vs ) CASE NUMBER  CV204-139
LAPPIN, ET AL ) DIVISION  BRUNSWICK
_____ )

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/23/05, which is part of the official record of this case.

Date of Mailing:  5/23/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Melvin Anderson, 82106-020, FCI Jesup, 2680 Highway 301 S, Jesup, GA 31599
Delora Kennebrew

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate