# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL -8 A 11: 45

CLERK _____
SO. DIST. OF GA.

MELVIN ANDERSON,

      Plaintiff,

   vs.

HARLEY G. LAPPIN; KATHLEEN
HAWK-SAWYER; HARRELL
WATTS and THE FEDERAL BUREAU
OF PRISONS,

      Defendants.

:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.: CV204-139

## ORDER

Plaintiff has filed a Motion for Reconsideration of this Court's Order dated May 20, 2005. (Doc. 62.) That Order denied Plaintiff's Motion for Default Judgment and/or in the Alternative Judgment on the Pleading. Plaintiff's Motion for Reconsideration is **DENIED**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law. The Order dated May 20, 2005, shall remain the order of the Court.

**SO ORDERED**, this _8th_ day of ___July___, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA