AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 15 P 12: 1

CLERK
SO. DIST. OF GA.

MELVIN ANDERSON,

    Plaintiff,

vs.

HARLEY G. LAPPIN; KATHLEEN
HAWK-SAWYER; HARRELL
WATTS and THE FEDERAL BUREAU
OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV204-139

## ORDER

Plaintiff has filed a "Motion for Rule 11 Sanction" against the Assistant United States Attorney. (Doc. 68.) Plaintiff states that Defendants' Motion to Dismiss or in the Alternative for Summary Judgment "was filed for an improper purpose such as to harass plaintiff and cause the plaintiff unnecessary delay in prosecuting" this case. The Defendants have filed a response and the Plaintiff has replied. After review, Plaintiff's "Motion for Rule 11 Sanction" is **DENIED**.

SO ORDERED, this 15th day of July, 2005.

                                    JUDGE, UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

ANDERSON )

vs )  CASE NUMBER CV204-139

LAPPIN, ET AL )  DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/15/05, which is part of the official record of this case.

Date of Mailing: 7/15/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Melvin Anderson, 82106-020, FCI Jesup, 2680 Highway 301 S, Jesup, GA 31599
Delora Kennebrew

- [ ] Copy placed in Minutes
- [X] Copy given to Judge
- [ ] Copy given to Magistrate