AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 19 A 9 5

CLERK
SO. DIST. OF GA.

MELVIN ANDERSON,:

    Plaintiff,

vs.

HARLEY G. LAPPIN; KATHLEEN
HAWK-SAWYER; HARRELL
WATTS and THE FEDERAL BUREAU
OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV204-139

## ORDER

Plaintiff has filed a Motion for Reconsideration of this Court's Order dated June 6, 2005. (Doc. 66.) That Order granted Defendants' Motion for Protective Order Staying Discovery pending a ruling on their motion for summary judgment. Plaintiff asserts that the Magistrate Judge was without authority to enter such an order as there was a pending motion for his recusal from any action in this case. Plaintiff's Motion for Recusal has been denied. Plaintiff's Motion for Reconsideration is **DENIED**. The Magistrate Judge's June 6, 2005 Order is neither clearly erroneous nor contrary to law.

**SO ORDERED**, this 19th day of July, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

ANDERSON )

vs ) CASE NUMBER CV204-139

LAPPIN, ET AL ) DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/19/05, which is part of the official record of this case.

Date of Mailing: 7/19/05

Date of Certificate  [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Melvin Anderson, 82106-020, FCI Jesup, 2680 Highway 301 S, Jesup, GA 31599
Delora Kennebrew

[ ] Copy placed in Minutes
[ ] Copy given to Judge
[X] Copy given to Magistrate