# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

MELVIN ANDERSON,

    Plaintiff,

vs.

HARLEY G. LAPPIN; KATHLEEN HAWK-SAWYER; HARRELL WATTS and THE FEDERAL BUREAU OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV204-139

## ORDER

Plaintiff has filed a "Motion to Vacate and/or Set Aside Magistrate Judge Order for Want of Jurisdiction." (Doc. 89.) Plaintiff asserts that the Magistrate Judge did not have the authority or jurisdiction to enter the May 20, 2005 Order denying Plaintiff's "Motion for Default Judgment and/or in the Alternative Judgment on the Pleading." The Defendants have filed a response and Plaintiff has replied. For the reasons stated in Defendant's response, Plaintiff's "Motion to Vacate and/or Set Aside Magistrate Judge Order for Want of Jurisdiction" is **DENIED**.

SO ORDERED, this 26th day of August, 2005.

                                              JUDGE, UNITED STATES DISTRICT COURT
                                              SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

ANDERSON )

vs ) CASE NUMBER CV204-139

LAPPIN, ETAL ) DIVISION Brunswick

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/26/05, which is part of the official record of this case.

Date of Mailing: 8/26/05

Date of Certificate ☒ same date, or _____

Scott L. Poff, Clerk

By: Nita Rose
Deputy Clerk

Name and Address

MELVIN ANDERSON FCI JESUP JESUP, GA.
DELORA KENNEBREW

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate