IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MELVIN ANDERSON,

    Plaintiff,

vs.

HARLEY G. LAPPIN; KATHLEEN
HAWK-SAWYER; HARRELL
WATTS and THE FEDERAL BUREAU
OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV204-139

## ORDER

Plaintiff has filed a Motion for Reconsideration of the Court's Order dated July 15, 2005. (Doc. 83.) That Order denied Plaintiff's Motion for Rule 11 Sanction against the Assistant United States Attorney. Plaintiff's Motion for Reconsideration is **DENIED**. The Order dated July 15, 2005, shall remain the Order of the Court.

**SO ORDERED**, this 16th day of August, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## *Southern District of Georgia*

ANDERSON )

vs ) CASE NUMBER CV204-139

LAPPIN, ETAL )
) DIVISION Brunswick

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/26/05, which is part of the official record of this case.

Date of Mailing: 8/26/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: Nita Rose
Deputy Clerk

<u>Name and Address</u>

MELVIN ANDERSON FCI JESUP JESUP, GA.
DELORA KENNEBREW

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate