# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

MELVIN ANDERSON,

    Plaintiff,

vs.

HARLEY G. LAPPIN; KATHLEEN HAWK-SAWYER; HARRELL WATTS and THE FEDERAL BUREAU OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV204-139

## O R D E R

Plaintiff filed a "Motion to Set Aside Magistrate Judge Protective Order Denying Discovery." (Doc. 90.) Plaintiff continues to assert that Assistant United States Attorney Delora L. Kennebrew continues to mislead and deceive the Court into believing that the defendants are entitled to summary judgment. The Defendants have filed a response, and Plaintiff has replied. After review, Plaintiff's Motion to Set Aside Magistrate Judge Protective Order Denying Discovery is **DENIED.** The Magistrate Judge's June 6, 2005 Order is neither clearly erroneous nor contrary to law. That Order shall remain the Order of the Court.

SO ORDERED, this 26 day of August, 2005.

                        JUDGE, UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

ANDERSON ⎫
⎬
vs ⎬ CASE NUMBER CV204-139
⎬
LAPPIN, ETAL ⎬ DIVISION Brunswick
⎭

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/26/05 _____, which is part of the official record of this case.

Date of Mailing: 8/26/05

Date of Certificate  [X] same date,   or _____

Scott L. Poff, Clerk

By: Nita Rose
Deputy Clerk

Name and Address

MELVIN ANDERSON  FCI JESUP  JESUP, GA.
DELORA KENNEBREW

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate