# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 23 A 10: 25

CLERK _____

MELVIN ANDERSON,

    Plaintiff,

vs.

                   CIVIL ACTION NO.: CV204-139

HARLEY G. LAPPIN; KATHLEEN
HAWK-SAWYER; HARRELL
WATTS and THE FEDERAL BUREAU
OF PRISONS,

    Defendants.

## ORDER

Plaintiff has filed a "Motion to Vacate and/or Set Aside Magistrate Judge Order by United States District Court Judge." (Doc. 99.) Plaintiff seeks review of the Magistrate Judge's Order dated August 12, 2005. Plaintiff asserts that the Magistrate Judge abused his discretion when he granted Plaintiff's Motion to Strike and, in the same Order, permitted Defendants the opportunity to file an appropriate responsive Reply. Plaintiff's "Motion to Vacate and/or Set Aside Magistrate Judge Order by United States District Court Judge" is **DENIED**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law.

**SO ORDERED**, this _23_ day of _Sept._ , 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)