IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MELVIN ANDERSON,

    Plaintiff,

vs.                        CIVIL ACTION NO.: CV204-139

HARLEY G. LAPPIN; KATHLEEN
HAWK-SAWYER; HARRELL
WATTS and THE FEDERAL BUREAU
OF PRISONS,

    Defendants.

## ORDER

Plaintiff has filed a "Motion to Strike Defendants Supplemental Response in Support of Defendants Motion for Summary Judgement." (Doc. 103.) Plaintiff asserts that the supplemental response is "unauthorized, untimely, and contrary to law." Plaintiff's Motion to Strike is **DENIED**.

**SO ORDERED**, this 27th day of September, 2005.

                                      JAMES E. GRAHAM
                                      UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)