IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2005 SEP 27 P 4: 18

CLERK

MELVIN ANDERSON,

 Plaintiff,

vs.

HARLEY G. LAPPIN; KATHLEEN HAWK-SAWYER; HARRELL WATTS and THE FEDERAL BUREAU OF PRISONS,

 Defendants.

CIVIL ACTION NO.: CV204-139

## ORDER

Plaintiff filed a "Motion to Stay Filing of Plaintiff Reply in Opposition to Defendants Supplemental Response in Support of Summary Judgment Motion." (Doc. 104.) Plaintiff desires for the Court to rule on his Motion to Strike before he files a reply brief. Plaintiff's Motion to Stay is **DENIED**.

**SO ORDERED**, this 27th day of September, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE