AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 SEP 28 A 10: 4

MELVIN ANDERSON,

    Plaintiff,

vs.

HARLEY G. LAPPIN; KATHLEEN
HAWK-SAWYER; HARRELL
WATTS and THE FEDERAL BUREAU
OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV204-139

## ORDER

Plaintiff has filed a "Motion to Reconsider and Vacate Magistrate Judge Order By United States District Judge." (Doc. 95.) Plaintiff asserts that the Magistrate Judge's August 11, 2005 Order denying Plaintiff's Motion to Strike Declaration of Luis Burgos, M.D. was premature. He states that he filed a reply which did not receive the Court's consideration. The Defendants have filed a response. Plaintiff's "Motion to Reconsider and Vacate Magistrate Judge Order by United States District Judge" is **DENIED**. The Court will weigh all the evidence when it considers Defendants' Motion for Summary Judgment.

SO ORDERED, this 28 day of Sept, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA