IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 25 P 2: 40

CLERK _____
_____ OF GA.

MELVIN ANDERSON,

    Plaintiff,

vs.

HARLEY G. LAPPIN; KATHLEEN HAWK-SAWYER; HARRELL WATTS and THE FEDERAL BUREAU OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV204-139

## ORDER

Plaintiff filed a "Motion to Stay Filing of Plaintiff's Opposition to Magistrate Judge Report and Recommendation" (Doc. 119) pending disposition of numerous motions filed by Plaintiff. Plaintiff's Motion is hereby **GRANTED**. Plaintiff shall have until November 11, 2005, to file any desired objections to said Report and Recommendation.

**SO ORDERED**, this 25th day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)