IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 25  P 2: 40

CLERK
         OF GA.

MELVIN ANDERSON,

    Plaintiff,

vs.

HARLEY G. LAPPIN; KATHLEEN HAWK-SAWYER; HARRELL WATTS and THE FEDERAL BUREAU OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV204-139

## ORDER

Plaintiff filed another Motion for Finding of Facts and Conclusions of Law (Doc.115) for the Order issued September 28, 2005, by the United States District Judge. Upon review of the Court's September 28, 2005, Order, Plaintiff's motion is **DENIED**.

**SO ORDERED**, this 25th day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)