IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MELVIN ANDERSON,

    Plaintiff,

vs.                              CIVIL ACTION NO.: CV204-139

HARLEY G. LAPPIN; KATHLEEN
HAWK-SAWYER; HARRELL WATTS
and THE FEDERAL BUREAU OF
PRISONS,

    Defendants.

## ORDER

Plaintiff has filed a "Motion to Transfer Civil Action Complaint" to the United States District Court for the District of Columbia. (Doc. 120.) Defendants have responded to Plaintiff's Motion. Plaintiff originally filed this action in the District of Columbia and that Court properly transferred the action to this Court. After review, Plaintiff's Motion to Transfer is **DENIED**.

SO ORDERED, this 25th day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)