IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MELVIN ANDERSON,

    Plaintiff,

vs.                                   CIVIL ACTION NO.: CV204-139

HARLEY G. LAPPIN; KATHLEEN
HAWK-SAWYER; HARRELL WATTS
and THE FEDERAL BUREAU OF
PRISONS,

    Defendants.

## ORDER

Plaintiff has filed another Motion to Stay Filing of (his) Opposition to Magistrate Judge Report and Recommendation. Plaintiff's Motion is **GRANTED**. Plaintiff shall have until November 25, 2005, to file any desired objections to the Report and Recommendation.

**SO ORDERED**, this 7th day of November, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)