IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MELVIN ANDERSON,

    Plaintiff,

vs.

HARLEY G. LAPPIN; KATHLEEN HAWK-SAWYER; HARRELL WATTS and THE FEDERAL BUREAU OF PRISONS,

    Defendants.

CIVIL ACTION NO.: CV204-139

### ORDER

Plaintiff has filed a Motion to Reconsider and Vacate Magistrate Judge Order dated October 25, 2005. (Doc. 137.) That Order denied Plaintiff's Motion for Finding of Facts and Conclusions of Law for Orders issued by the undersigned on August 26, 2005. Upon review, Plaintiff's Motion for Reconsideration is **DENIED**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law. Accordingly, the Order dated October 25, 2005, shall remain the order of the Court.

**SO ORDERED**, this 1st day of December, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)