AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MELVIN ANDERSON

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV204-139

HARLEY G. LAPPIN; KATHLEEN
HAWK-SAWYER AND HARRELL WATTS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order entered January 19, 2006, adopting the Magistrate Judge's Report and Recommendation granting Defendants' Motion for Summary Judgment; Judgment is hereby entered granting Defendants' Motion for Summary Judgment and this case stands dismissed

January 19, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03